## McCAIN v. STATE.

(Court of Criminal Appeals of Texas.    April 23, 1913.)

CRIMINAL LAW (§ 1097*)—APPEAL—REVIEW— STATEMENT OF FACTS — ORDER DENYING NEW TRIAL.

An alleged error in overruling a motion for new trial on the ground that the verdict is contrary to the law and the evidence cannot be

reviewed in the absence of a statement of facts in the record.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2862, 2864, 2926, 2934, 2938, 2939, 2941, 2942, 2947; Dec. Dig. § 1097.*]

Appeal from Dallas County Court at Law; W. F. Whitehurst, Judge.

Bose McCain was convicted of keeping a disorderly house, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted and convicted of the offense of keeping a disorderly house, and his punishment assessed at a fine of $200 and 20 days' imprisonment in the county jail.

The only ground in the motion for a new trial alleges that the verdict is contrary to the law and the evidence. As no statement of facts accompanies the record, it is impossible for us to review this question.

The judgment is affirmed.